IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID DEATON**                                                                                           **PLAINTIFF**

**v.**                              **Case No. 4:13-cv-00688-KGB**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this case be dismissed with prejudice. The relief requested is denied.

SO ADJUDGED this 9th day of September, 2014.

_____
Kristine G. Baker
United States District Judge